FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JAMES KAMPLY MORRIS, | Case No. CV 13-02157 DSF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| RICK HILL, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: April 4, 2013

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy          DEPUTY